UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 17-10265 |
| v. ) | |
| ) | Violations: |
| ) | 26 U.S.C. § 7212 |
| SALLY ANN JOHNSON, ) | (Attempts to Interfere with |
| also known as "Angelia Johnson," ) | Administration of Internal Revenue Laws) |
| "Angela Johnson," and ) | |
| "Sally Reed" ) | |
| Defendant ) | |

## INFORMATION

The Acting United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant SALLY ANN JOHNSON, also known as "Angelia Johnson," "Angela Johnson," and "Sally Reed," resided in New York, Florida, Illinois and, on occasion, Massachusetts. JOHNSON owned and/or operated various businesses, including Flatiron Psychic, Stones of the Century, Inc., Psychic Match, Inc., Psychic Spiritual Salon, Inc., Match By a Psychic, Inc., and Stones of the World, all of which purported to offer such services as "psychic readings," "spiritual cleansing & strengthening," and "meditation & healing."

2. Between 2007 and 2014, JOHNSON performed purported "cleansing" and "healing" services for a Martha's Vineyard woman, who in 2007 was more than seventy years old ("Jane Doe"), promising, among other things, to rid Jane Doe of demons. During that period, Jane Doe paid JOHNSON—who at various times resided with Jane Doe on Martha's Vineyard— more than $3.5 million.

3. In an effort, at least in part, to evade the scrutiny of the Internal Revenue Service of the United States ("IRS") and to impede the due administration of the internal revenue laws of the United States, JOHNSON, using the name Angela Johnson, directed Jane Doe to make payments for JOHNSON's purported services in the name of Sally Johnson and Stones of the World, and further directed Jane Doe to wire these payments to at least three different bank accounts with which JOHNSON was associated, including an account held in the name of an associate of Johnson's who used at least two aliases. JOHNSON filed no individual or corporate federal tax returns reporting the income she received from Jane Doe and paid no individual or corporate federal income tax on that money.

4. As a result of JOHNSON's efforts, the IRS was unable properly to assess or collect tax due and owing from JOHNSON for the tax years in which she received income from Jane Doe.

## COUNT ONE

(Attempts to Interfere with Administration of Internal Revenue Laws – 26 U.S.C. § 7212)

5.  The Acting United States Attorney re-alleges and incorporates by reference paragraphs 1–4 of this Information and further charges that:

6.  Beginning in or about December 2007 and continuing until at least in or about April 2014, in the Southern District of Florida, the District of Massachusetts, and elsewhere,

SALLY ANN JOHNSON
also known as "Angelia Johnson,"
"Angela Johnson,"
and "Sally Reed"

did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by, among other things:

(a)  using an alias in her dealings with Jane Doe;

(b)  directing Jane Doe to pay JOHNSON for purported services JOHNSON rendered via multiple bank accounts held in different names, including names other than JOHNSON's;

(c)  making significant cash withdrawals from accounts into which she deposited income from Jane Doe, thereby concealing and attempting to conceal from all proper officers of the United States her true and correct income; and

(d)  accruing charges on a credit card account held in Jane Doe's name, which charges were paid by Jane Doe, thereby concealing and attempting to conceal from all proper officers of the United States her true and correct income.

All in violation of Title 26, United States Code, Section 7212(a).

WILLIAM D. WEINREB
Acting United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
BRIAN A. PÉREZ-DAPLE
Assistant U.S. Attorneys