UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

CASE NO. 17-CR-10265

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SALLY ANN JOHNSON,

        Defendant.

## DEFENDANT'S MOTION FOR PRO HAC VICE LIMITED ADMITTANCE

**PLEASE TAKE NOTICE** that, in accordance with Local Rule 83.5.3 of the Practice by Persons not Members of the Bar of the United States District Court for the District of Massachusetts, the undersigned respectfully moves for the limited admission *pro hac vice* of David M. Garvin of the Law Offices of David M. Garvin, P.A. ("David M. Garvin, Esq."), 200 South Biscayne Boulevard, Suite 3150, Miami, FL 33131, Phone: (305) 371-8101, for the purposes of appearance as counsel for Defendant Sally Ann Johnson. In support thereof, please find the affidavit of David M. Garvin attached hereto.

Movant, Jeremia Pollard of Hannon Lerner, 184 Main Street, Lee, MA 01238, Phone: (413) 243-3311, is a member of good standing of the Massachusetts State Bar and the United States District Court for the District of Massachusetts.

Movant maintains an office in the State of Massachusetts and is authorized to file through the Court's electronic filing system.

Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

In accordance with the local rule of this Court, David M. Garvin, Esq. has made payment for this Court's admission fee with the filing of this motion.

David M. Garvin, Esq., through Movant as designated counsel, seeks permission to file a limited Notice of Appearance in this instant matter for the limited purposes of representing the Defendant before the district court and further requests the Court to provide Notice of Electronic Filings to David M. Garvin, Esq. at email address:

ontrial2@gmail.com .

**WHEREFORE,** Jeremia Pollard moves this Honorable Court to enter an Order authorizing David M. Garvin of The Law Offices of David M. Garvin, P.A. to appear before this Court on behalf of Defendant Sally Ann Johnson for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David M. Garvin, Esq. at **ontrial2@gmail.com** .

Respectfully submitted,
**LAW OFFICES OF JEREMIA POLLARD, P.A.**
184 Main Street
Lee, MA 01238
Telephone: (413) 243-3311
Facsimile:  (413) 243-4919
Email: jermiapollard@yahoo.com

By: **/s/ Jeremia Pollard**
    **JEREMIA POLLARD, ESQ.**
    Massachusetts Bar No. 643382

## CERTIFICATE OF GOOD FAITH PURSUANT TO LOCAL RULE 7.1(a)(2)

David M. Garvin, Esq. has discussed this *Motion for Limited Pro Hac Vice Admission* with Assistant United States Attorney Brian Perez-Daple on September 20, 2017, AUSA Perez-Daple does not object.

          By: /s/ David M. Garvin
          DAVID M. GARVIN, ESQ.
          Florida Bar No. 347736

          By: /s/ Jeremia Pollard
          JEREMIA POLLARD, ESQ.
          Massachusetts Bar No. 643382

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2017, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

          By: /s/ Jeremia Pollard
          JEREMIA POLLARD, ESQ.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

CASE NO. 17-CR-10265

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SALLY ANN JOHNSON,

   Defendant.

## AFFIDAVIT OF DAVID M. GARVIN
## IN SUPPORT OF MOTION FOR ADMISSION TO
## PRACTICE PRO HAC VICE FOR SALLY ANN JOHNSON

Before me the undersigned authority, personally appeared David M. Garvin, who after being duly sworn, deposes and states:

1. I am an attorney with the law firm of David M. Garvin, P.A. located at 200 South Biscayne Blvd., Suite 3150, Miami, Florida 33131. The telephone number is 305-371-8101 and the fax number is 305-371-8848. The email address is: ontrial2@gmail.com

2. I was admitted to practice law is the state of Florida in October 1982. I have remained a member in good standing of the Florida Bar since 1982. My Florida Bar number 347736. See attached certificate.

3. I am not admitted to practice in the District of Massachusetts (except as to the instant request for *pro hac vice* admission in United States v. Sally Ann Johnson, Case No.

17-CR 10265.)

4. I am a member in good standing of the bar of the United States District Court for the Southern, Middle, and Northern Districts of Florida, the United States District Court for the Eastern District of Tennessee, the United States Courts of Appeal for the 6th, 8th, and 11th Circuits, U.S. Court of Federal Claims, U.S. Tax Court, and the United States Supreme Court.

5. I have also been admitted to practice, *pro hac vice*, before the United States District Courts for the Southern District of California, the District of Reno Nevada, the Eastern District of Pennsylvania and the Eastern and Western Districts of Arkansas.

6. I have never been disbarred or suspended from the practice of law before any court, department, bureau or commission of any state or the United States, nor have I received a reprimand from any such court, department, bureau or commission pertaining to my conduct or my fitness as a member of the bar.

7. I am in good standing in every jurisdiction where admitted to practice; there are no disciplinary proceedings pending; and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

_____
David M. Garvin

Miami-Dade County  )
State of Florida         )

Subscribed and sworn to before me, this 28th day of September, 2017, by David M. Garvin, personally known to me and who provided his driver's license as identification to be the person who appeared before me.

My commission expires:

_____
Rolando Casais, Jr., Notary Public



Notary Public State of Florida
Rolando Casais Jr
My Commission GG 127541
Expires 08/12/2021



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

John F. Harkness, Jr.
Executive Director

Joshua E. Doyle
Executive Director Designate

State of Florida     )

County of Leon      )

In Re:   347736
         David Michael Garvin
         David M. Garvin, P.A.
         200 S. Biscayne Blvd., Ste. 3150
         Miami, FL  33131-2305

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 28, 1982.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 22nd day of September, 2017.

*Pam Gerard*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/SS<:ksw1:R10