Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. <u>17-CR-10265-DJC</u> |
| ) | |
| SALLY ANN JOHNSON ) | |

## WAIVER OF INDICTMENT

    I, SALLY ANN JOHNSON, the above-named defendant, who is accused of attempting to interfere with the administration of the internal revenue laws, in violation of 26 U.S.C. § 7212(a), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on **October 5, 2017**, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Sally Ann Johnson
Defendant

_____
Paul D. Petruzzi, Esq.
David Garvin, Esq.
Counsel for the Defendant

Before: _____
U.S. District Judge Denise J. Casper