UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

CASE NO. 17-CR-10265

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SALLY ANN JOHNSON,

        Defendant.

**UNOPPOSED MOTION FOR TWO-DAY
ENLARGEMENT OF TIME TO FILE SENTENCING MEMORANDUM**

The Defendant, SALLY ANN JOHNSON, through undersigned counsel, and without the opposition of the Assistant United States Attorney assigned to this matter, respectfully requests that this Honorable Court grant him a two-day enlargement of time to file a sentencing memorandum. Specifically, undersigned is requesting that he be permitted to file a sentencing memorandum by Friday, January 12, 2018. In support, Ms. Johnson states as follows:

1. Ms. Johnson's sentencing is scheduled for January 17, 2018. The Court set a deadline of today, January 10, 2018, to file a sentencing memorandum in this matter.

2. An enlargement of time to file a sentencing memorandum is being requested as undersigned needs additional time to review newly obtained documents that undersigned is reviewing and that may be introduced at the sentencing hearing.

2

3. Additionally, undersigned was on a prepaid vacation from December 27, 2018, until January 5, 2018. As a result, his workload increased for the balance of December, which resulted in additional court hearings being scheduled and a corresponding decrease in office time to prepare the memorandum.

4 Undersigned is therefore requesting until Friday, January 12, 2018, to file a sentencing memorandum in this matter.

5. Assistant United States Attorney Brian Perez-Daple does not oppose the instant request.

**WHEREFORE**, the Defendant, SALLY ANN JOHNSON, through undersigned counsel, and without the opposition of the Assistant United States Attorney assigned to this matter, respectfully requests that this Honorable Court grant him a two-day enlargement of time to file a sentencing memorandum in this matter.

Respectfully submitted,

LAW OFFICES OF PAUL D. PETRUZZI, P.A.
169 East Flagler Street
Suite 1241
Miami, FL 33131
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
Email: petruzzi-law@msn.com

By:   /s/   Paul Petruzzi
PAUL D. PETRUZZI, ESQ.
Florida Bar No. 0982059

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2018, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By:   /s/   Paul Petruzzi
PAUL D. PETRUZZI, ESQ.
Attorney for Sally Ann Johnson