# EXHIBIT A

# AFFIDAVIT

Describe in detail the most recent incidents of harassment. If the harassment consisted only of conduct that was willful and malicious but was not a violation of the listed criminal statutes, you must describe at least 3 separate incidents of such harassment. The judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also, describe any history of harassment, with as much of the above detail as possible.

On or about 5-1-14  5-9-14  5-10-14, 2014, the Defendant

Angela Johnson called on May 1, 2014, and said we needed to talk. We needed to finish things, she said. And also that we needed to settle the money I owed her, for her psychic healing. I said I don't need your help any more. I told her how vast the amount of money was I paid her already. And I told her not to call me any more. She called back numerous times in the following days, and I did not answer those calls. She left numerous messages saying we had more work to do.

I next started receiving calls from many unknown phone numbers demanding that I pick up the phone. On May 9, 2014 Angela called and I asked my companion [REDACTED] to answer the phone. Angela demanded 3 times that [REDACTED] put me on the phone. She called two more times, and [REDACTED] answered each time and spoke to Angela and told her "don't call here any more because [REDACTED] doesn't want to talk to you." On May 10th Angela called again, and again [REDACTED] answered the phone, and told Angela to please stop calling, [REDACTED] doesn't want to talk to you because every time you call, [REDACTED] gets upset.

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

| DATE SIGNED | PLAINTIFF'S SIGNATURE | | |
|---|---|---|---|
| May 12, 14 | [REDACTED] | | |
| WITNESSED BY | PRINTED NAME OF WITNESS | TITLE/RANK OF WITNESS | |
| X | | | |

FILED MAY 12 2014 EDGARTOWN DISTRICT COURT