# EXHIBIT C

12/30/06 c 1PM

1. I will no longer be so sensitive to energy
2. I won't meet ▮▮▮ again.
3. I will be able to enjoy friends here
4. I will be able to travel
5. I will be totally in my heart
6. I will have a good strong relationship with a man here — a good man
7. I will find love.
8. I will become a well respected artist in pottery in painting in oils
9. I will continue to be financially stable.
10. My house in ▮▮▮ will sell quickly and I will earn some money from that.
11. Selling the ▮▮▮ house to ▮▮▮ will be easy. The lien will be quickly
12. dispersed with
13. ▮▮▮ + her husband will buy the ▮▮▮ house.

14. ▇▇▇▇▇▇▇▇ will thrive and be able to pay off that mortgage. ▇▇▇ will find someone else to help him financially.
16. I will have a man to help me manage this house.
~~I will get~~
17. The best way to get off the grid will come
18. I will go dancing
19. I will go to wonderful places + countries with company.
20. I will be able to have good sex
21. Flowers will thrive, vegetables will grow, fruit trees will grow well.
22. My memory will get better again
23. I will find a good place for that 'study' building.
24. I will be able to buy artwork I want.
25. I will be free and clear of old baggage — emotional, physical, spiritual — anything weighing me down.

26. My constipation will end. M
27. My digestion will work properly
28. I will easily control my overeating. - or no longer be reason to overeat.
29. I will be able to talk or be with ▮▮▮ without taking energy from her or via her DNA.
30. Dark energies will have no access to me on any level

There is absolutely no connection with ▮▮▮ or his energies on different levels.

12/30/06   3:45 PM

I will be in my heart, and feel love and joy

I will have good attention to all around me, and within me.

I will no longer absorb energy from people - from my family, from friends, from those I meet in person, passing in cars, etc., and not via DNA such as with ▓, and not via the telephone or TV, or from the 'ether' - spirits above & beyond.

I will no longer absorb energy from the land; though I may be aware of it, it will not affect me adversely.

If I chose again, I will be able to do reiki - i.e. be a channel, and help focus energy where it is needed without that being a negative influence on me.

---

1/1/07

I will find someone who cheers my heart - more than one. ~~But one~~

I will find someone to talk with and be in my heart through the love there.

I will be in my heart, and feel love an'joy