# EXHIBIT C

## Intake Interview Personal History



Single and never married, no children, no significant other - but a variety of friends

I am independantly wealthy, have a degree in Landscape Architecture, which I received in ▆, but only used regularly for about five years. I had a series of short jobs, was an admistrator for a small center, the ▆▆▆▆▆
Have been painting on and off since 1990.
I love the earth, and doing gardening, painting, and at the moment am particularly enjoying in doing pottery, especially using the clays in this area.

**My health** has generally been good, although I began to have digestive problems after I got parasites on a trip to Peru. I got Hepatitus in the 80's, and that affected my liver. In the mid '90's I was with a friend who had gotten sick - apparently after connecting with earth energies via the Perelandra work I had introduced her to, and was with her when she almost died. Following that experience I began to be more sensitive to energy, and at her suggestion started working with an energy worker, ▆▆▆ who could protect me. He did protect me, but asked for hundreds of thousands of dollars per year, so after two years I switched to someone I learned of in Pennsylvania. He is also an energy healer, but does not do protection.
In addition to these issues, I began spending more time with my mother after my stepfather ▆▆▆, and this time increased as her health declined - she died in 1904. I felt I was unable to do anything but give her much of my life toward the end of that time.
Currently my digestion varies depending on how much energy I take in, because that seems to be one of the main places it settles.

**My purpose** in asking for your help is to get at the root of my sensitivity to energy, and to change that so I am less sensitive and able to live a less isolated life. Specifically I would like to have a stronger aura, and not absorb so many energies. I think the current digestive problems would be settled quite easily after that. Of course I would like my digestive system to work properly, able to digest calcium, etc. to keep my bones strong, (although when I got a bone test maybe 15 years ago, I was told my bones would be good for 100 years.)

**What would I change in my life?** I would like to have become emotionally confident early enough in life to enjoy a full loving relationship/partnership with a man. I feel I have reached that emotional state pretty well now, but it's pretty late for my body to have the full experience.

**How did I know I was super-sensitive?** As a Reiki worker I have been able to feel energy for years. But when I first began feeling real energy drains, it scared me. At other times I have been told my aura is far too wide, and that is the problem. I feel a buzz, as though I have something on my back; I get very constipated, my digestion doesn't work well, I don't sleep well if I am too 'loaded' with energy, and my varicose veins have gotten much worse.

**What have I done about it so far?** I have gone to any well recommended person I can find to deal with these problems: ███████ in California - his fixes are good but short-term, ███████ tried to help me deal with the energies, ███████ here on the Island taught me some methods - but they don't seem to be up to the intensity of my situation. ███████ who has worked with me for the past three and a half year is good at clearing the energies, and tells me that I need to get out of my head and into my heart, and gradually I will learn to process the energies. (His life is totally devoted to healing and processing energy - and I don't want that life.)
I did not have this problem, or was aware of it in any way before 1993. I had become interested in dowsing, became a Reiki practitioner, and did other energy work. I remember one time being able to help get a meeting of American Indian elders in New Mexico back on their heart-felt track, using what ███████ had taught me. I was fascinated by this work, but also leery of becoming as psychic as seemed possible.

**Emotions to let go of:** I don't know. I do know I still need to heal my relationship with my mother, and feel I am working toward that. This issue has just been coming up as I deal with whether or not I should be paid for my work on her Estate.

**Sleep and Eating:** I normally sleep well, though as noted if I am not clear of energy, that interferes with sleep, and sometimes otherwise - I will wake up at the 'liver' hours, etc.
I enjoy cooking and eating - have always run a little overweight, but it's manageable.

**Fears and Phobias:** I'm not sure, but I think I have always have a fear of the really negative energies: I don't like looking at horror movies, I found Scott Peck's books upsetting, to the point that I can't remember their names, and have thrown them out.
I have a fear that ever since working with ███ and my New Mexico friend, the 'dark energies' have fingered me, and are behind this. I try not to give in to this, or believe it.....   Someone has suggested I should sue ███ for asking for so much money, the ideal terrifies me. As for early fears: when I was maybe five, I had a nightmare that a fox was coming out of the toilet to bite me. Constipation has been an on and off problem for me, as it was for my mother.

**Traumas and Losses:** I will list quite a number and let you decide which might have been significant.
1) Walking to school when I was perhaps six, my governess told me my mother had left a little baby in the hospital that she couldn't keep. This really scared me - would she abandon me so easily? (Clearly the woman was talking about an abortion.)
2) Watching my mother and father fighting - something they never used to do- this was shortly before their divorce. 2a) Hearing from my brother, and not my mother or father, that my mother was in the West getting a divorce. 2b) Being asked by my mother whether I would mind if she married ▓▓▓▓ - I definitely did not want her to marry him, but knew she would marry him no matter what I said, and to say nothing was best. I remember feeling that I was now closing down my feelings, and trusting that when I was older I would be able to express myself...(and it took years of therapy to open up)
3) Shock when taking a fishing trip with my father at his family's camp, we were alone in a cabin overnight, and he said didn't I want to start kissing him? "Lots of girls have good sex with their fathers." I said no and curled up. For years after that our relationship was strained.
4) Real dissappointment that my mother didn't make the effort to get to my college graduation. (We had little connection during these years - I had much better support from my stepmother, but expected her to come for this.)
5) When I was in my twenties and living in ▓▓▓ my relationship with a man fell apart when he decided he would stick with another (more important) woman.
6) When in my '30's there were two rather traumatic break-ups with men.
7) My father died in 1968, and I remember feeling suddenly very free - but realized something closed down that feeling soon after. I went away to a house ▓▓▓▓ to be by myself and, realized this was a huge change in my world.
8) While doing workshops with ▓▓▓▓ in the '60's I found myself surprisingly psychic at times, and this scared me - I did not want to go down this road.
8) Relationship with my New Mexico friend, ▓▓▓, was on and off traumatic, when she was jealous of things I could do, etc. Friendship was good in early years and got much worse later. She died owing me much money, which she denied.
9) Recent relationship with a man where there was a strong energy connection and I looked forward to a deep adult loving relationship. We began having a sexual affair, but soon he told me he was in the process of changing his gender, and wondered whether I wasn't masculine enough to change mine. This was rather traumatic.

**Operations/Accidents/Pain/Abortions:** I had tonsils taken out when I was about 9, broke my left arm twice when I was 13. I had a minor car accident c. 1970, which taught me to focus on the road when driving, and I had a serious automobile accident ▓▓▓ ▓▓▓ in the '90s when my car was totalled, my left knee got banged up, but I was not terribly hurt - was healed at that time by ▓▓▓▓ I have had no abortions(no pregnancies), and have never had much pain.



**Childhood and Siblings:** I am the second of three children of my mother's marriage to ███. After the divorce, which was quite traumatic to me at the time, she married ███ and they had a son, ███ my third brother.

My childhood was uncomplicated and gentle until the divorce when I was eight. After that I became the go-between between my parents, and we all shuttled back and forth between my father and mother. My mother married immediately, and ███ was soon born. My mother had a more than full time job and I was as much a mother to him as she for quite a while. My father remarried to a lovely person, ███ after several years, and she became a friend and gave real emotional support, more than I ever got from my mother. Very important to my early life was the farm he had ███, where he had vegetable gardens, grapes(made wine), apples (made applejack) had sheep (made blankets from the wool), made lovely furniture out of the local wood, and later pottery, creating his own glazes. All of us children went to ███ which was a very good experience.

My older brother married soon after college, became an MD and they have three children; my second brother married, had two daughters, divorced, remarried and adopted one son then had two other sons. He has Parkinsons (which my father died of), but I have just learned a test has shown high levels of lead, which will be dealt with. ███ married after going into the ███ became a lawyer, has three children and heads a big environmental organization. I mention all of this because I am quite involved in these families. My mother and step-father built a house here on ███ ███, and that became a real center for the family. Now ███ and his family, and I jointly own the house, and the cottage I had built so someone could live there to help my mother with cooking, cleaning and gardening. ███ oldest daughter wants to move there this coming April with her husband and son.

**Parents' Relationship:** My father met my mother when he took a job ███ - she was a brilliant young woman getting in trouble with the Nazis. After growing up quite poor, she loved their early married years together when she quite revelled in having the freedom of a wealthy life - beautiful clothes, big parties, important friends, but began to chafe as the years went by. She wanted to make a mark on her own, worked hard at jobs, and found a community of interest quite different from his. (Once at a party in New York someone said 'Oh!! you're ███)

When she ███ she saw someone poor and brilliant like herself, and felt she could help him achieve what he wanted. This was a deep relationship - not always easy, but the respect they had for each other never waned.

My father had some difficult years until he met ███ who supported his love of pottery, delighted in his artistic friends, and worked with him to create the ███ (originally for the Education of Children). This was also a very good relationship.