UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

CASE NO. 17-CR-10265

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SALLY ANN JOHNSON,

   Defendant.

## MOTION FOR DISBURSEMENT OF BOND

Undersigned counsel, Paul D. Petruzzi, respectfully requests that this Honorable Court enter an order discharging and reimbursing the $15,000.00 bond, with accrued interest, posted with the Registry of the Court on behalf of the Defendant, SALLY ANN JOHNSON, by Law Offices of Paul D. Petruzzi, P.A. In support, undersigned counsel states as follows:

  1. On October 5, 2017, a bond in the amount of fifteen thousand ($15,000.00) dollars was posted, by the Law Offices of Paul D. Petruzzi, P.A., for the Defendant with the Registry of the Court for the United States District Court for the District of Massachusetts. *See* attached copy of receipt. The $15,000.00 came from (and belonged to) a third-party source and not Ms. Johnson.

[Handwritten margin note: ALLOWED. Cooper, U.S. District Judge, 5/1/18]