UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SALLY ANN JOHNSON, | ) | |
| Defendant, | ) | Court No. 1:17-CR-10265-001-DJC |
| *and* | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| Garnishee. | ) | |

## WRIT OF GARNISHMENT

TO:   JPMorgan Chase Bank, N.A.
      Boston, MA

The United States believes you to be in possession or control of funds or property belonging to the Defendant, Sally Ann Johnson (the "Defendant") and that she has a substantial nonexempt interest.

On January 17, 2018, judgment entered in the United States District Court for the District of Massachusetts against the Defendant, social security number ***-**-5534, last known address in Alderson, WV, who is indebted for the judgment amount of $4,293,312.00, plus accrued interest at the rate of 1.880% percent per day.  The current total balance is $4,269,836.34.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by the Defendant, including disposable income, and, if so, you must describe such property and the value of such interest.  You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt.  Property that

is exempt from this Writ is listed on the attached Claim for Exemption Form. You must also state the amount of debt, if any, you anticipate owing to the Defendant in the future and the type of payment schedule.

**You must immediately withhold and retain any property in which the Defendant has a substantial nonexempt interest and for which you are or may become indebted to the Defendant pending further order of the Court. This includes any new property of the Defendant's over which you obtain control or possession while this Writ is in effect. This Writ shall apply to any and all accounts for which the Defendant is signatory, including accounts under the names of the Defendant.**

**You must file, within ten (10) days of service of this Writ, your original written answer** to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both the Defendant, located in Alderson, WV and Brendan T. Mockler, Assistant U.S. Attorney located at the U.S. Attorney's Office, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the Defendant's nonexempt property. It is illegal to pay or deliver to the Defendant any item attached by this Writ.

ROBERT M. FARRELL
Clerk, United States District Court

Date: 6/19/18          By: _____

Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SALLY ANN JOHNSON, | ) ) | |
| Defendant, | ) ) | Court No. 1:17-CR-10265-001-DJC |
| *and* | ) ) | |
| JPMORGAN CHASE BANK, N.A., | ) ) | |
| Garnishee. | ) ) | |

**ANSWER OF THE GARNISHEE**

_____, being duly sworn deposes and says:
     (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

   _____.
     (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the _____ (State official title) of Garnishee,

    a corporation, organized under the laws of the State of _____.

On _____, 20____, Garnishee was served with the Writ of

Garnishment.

1. Have there been previous garnishments in effect?   Yes ـــــ   No ـــــ

   If the answer is yes, describe below. _____

   _____

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

   | Description of Property (include full name(s) on accounts) | Approximate Value | Description of Debtor's Interest in Property |
   |---|---|---|
   | 1. _____ | _____ | _____ |
   | 2. _____ | _____ | _____ |
   | 3. _____ | _____ | _____ |
   | 4. _____ | _____ | _____ |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

   | Amount | Estimate date or Period Due |
   |---|---|
   | 1. $_____ | _____ |
   | 2. $_____ | _____ |
   | 3. $_____ | _____ |
   | 4. $_____ | _____ |

   The Garnishee mailed a copy of this answer by first-class mail to: (1) Sally Ann Johnson

(2) Assistant U.S. Attorney Brendan T. Mockler.

                               _____
                               JPMORGAN CHASE BANK, N.A.
                               Garnishee

Subscribed and sworn to before me this _____ day of _____.

                               _____
                               Notary Public
My Commission expires:

## ATTACHMENT TO ANSWER OF GARNISHEE

*Please be advised that according to the E-Government Act of 2002,
the government is prohibited from including certain sensitive/personal information in electronically filed documents.
Do not file this page with the U.S. District Court.*

The <u>original</u> Answer must be mailed to:

> Clerk, United States District Court
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA  02210

and a copy of this Answer must be mailed to:

> United States Attorney's Office
> Financial Litigation Unit
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210

and to:

> Sally Ann Johnson – USM/BOP #00577-138
> FPC Alderson
> Glen Ray Road, Box A
> Alderson, WV 24910-0700

## INSTRUCTIONS TO THE GARNISHEE

Pursuant to the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205(c)(3)(A), the United States serves the following instructions upon Garnishee with a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the funds and/or property of the Defendant listed therein, or any other property of the Defendant.

2. You are required by law to serve a written answer to this Writ **within ten (10) days** of the service of this Writ. You are further required to withhold and retain any property, in which the Defendant has a substantial non-exempt interest.

3. **DO NOT SEND ANY FUNDS AND/OR PROPERTY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH FUNDS AND/OR PROPERTY PENDING THE ISSUANCE/APPROVAL OF THE FINAL ORDER.** When an ORDER OF GARNISHMENT is issued/approved in this matter, you will be served with a copy of that order with instructions as to where to send the garnishment payment(s).

4. If you fail to answer this Writ or to withhold property in accordance with the Writ, the Court may find you liable for that amount of the Defendant's non-exempt property which you failed to withhold. Additionally, you may be held liable for a reasonable attorney's fee to the United States if the United States filed a petition to the Court requesting an explanation for your failure to comply with this Writ.

5. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment. Copies of your answer must be mailed to the United States Attorney's Office and the Defendant.

6. If you have any additional questions concerning this procedure, please call the United States Attorney's Office, Financial Litigation Unit, at telephone number (617) 748-3100, or by mail to: United States Attorney's Office, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210. The United States Attorney's Office cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney.

*If you are unsure how to proceed, you may want to consult an attorney.*

## CLAIM FOR EXEMPTION FORM
### EXEMPTIONS UNDER FEDERAL LAW

NOTE:    Pursuant to 18 U.S.C. § 3613(a)(1), only certain property exempt from levy
pursuant to the Internal Revenue Code shall be exempt from enforcement
of a criminal restitution and/or fine obligation under Federal Law.

I claim that the exemption(s) from enforcement that are checked below apply:

☒ Wearing apparel and school books (26 U.S.C. § 6334(a)(1)).

☒ Fuel, Provisions, Furniture, and Personal Effects up to $9,380 (26 U.S.C. §
6334(a)(2)).

☒ Books and tools of a trade, business, or profession up to $4,690 (26 U.S.C. §
6334(a)(3)).

☒ Unemployment benefits (26 U.S.C. § 6334(a)(4)).

☒ Undelivered mail (26 U.S.C. § 6334(a)(5)).

☒ Certain annuity and pension payments (26 U.S.C. § 6334(a)(6)).

   Annuity or pension payments under the Railroad
   retirement Act, benefits under the Railroad
   Unemployment Insurance Act, special pension
   payments received by a person whose name has been
   entered on the Army, Navy, Air Force, and Coast
   Guard Medal of Honor roll (38 U.S. C. § 1562), and
   annuities based on retired or retainer pay under 10
   U.S.C. § 73.

☒ Workmen's compensation (26 U.S.C. § 6334(a)(7)).

☒ Judgments for support of minor children (26 U.S.C. § 6334(a)(8)).

• ☒ Certain service-connected disability payments (26 U.S.C. § 6334(a)(10)).

        Any amount payable to an individual as a service-connected (within the meaning of section 101 (16) of title 38, United States Code) disability benefit under -
            (A) subchapter II, III, IV, V, or VI of chapter 11 of such title 38, or
            (B) chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.

☒ Assistance under Job Training Partnership Act (26 U.S.C. § 6334(a)(12)).

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

☒ I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

_____
(Address)

_____            _____
Date                         Signature of Defendant

                             _____
                             Defendant's printed or typed name