UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>                             )<br>      v.                           )<br>                             )<br>SALLY ANN JOHNSON )<br>      Defendant, )<br>                             )<br>      *and* )<br>                             )<br>BANK OF AMERICA, N.A. )<br>      Garnishee. ) | Court No. 1:17-CR-10265-001-DJC |

## **CERTIFICATE OF SERVICE**

The United States certifies that on the date set forth below the Defendant SALLY ANN JOHNSON, whose last known address is in Alderson, WV, was served by certified mail the following documents:

1. Copy of Application for Writ of Garnishment.

2. Copy of Writ of Garnishment with Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing.

The United States further certifies that on the date set forth below, the Garnishee, BANK OF AMERICA, N.A., located in Wilmington, DE was served by certified mail the following documents:

1. Application for Writ of Garnishment.

2. Writ of Garnishment with Claim of Exemptions Form.

3. Answer of the Garnishee and Instructions.

                Respectfully submitted,

                UNITED STATES OF AMERICA
                By its attorneys

                ANDREW E. LELLING
                United States Attorney

By:   /s/ Brendan T. Mockler
       BRENDAN T. MOCKLER (BBO 569140)
       Assistant United States Attorney
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       brendan.mockler@usdoj.gov

Date: June 20, 2018