**CHASE**

JPMorgan Chase Bank, N.A.
PO Box 183164
Columbus, OH 43218-3164

UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY SUITE 2300
BOSTON, MA 02210

FILED
IN CLERKS OFFICE

2018 JUL -9 PM 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

COAL-25Jun18-2369
SD_SwornDocumentExecution_000147310152

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>SALLY ANN JOHNSON, )<br>   Defendant, )<br>   and )<br> )<br>JPMORGAN CHASE BANK, N.A. )<br>   Garnishee. ) | Court No. 1:17-CR-10265-001-DJC |

## ANSWER OF THE GARNISHEE

_JPMorgan Chse Bank NA_, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of

   _N/A_ .
   (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of _N/A_, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the _JPMorgan Chase Bank NA_ (State official title) of Garnishee,

   a corporation, organized under the laws of the State of _Texas_ .

On _June 25_, 20_18_, Garnishee was served with the Writ of

Garnishment.

Disclaimer:
These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

FILED
IN CLERKS OFFICE
2018 JUL -9 PM 1:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Have there been previous garnishments in effect? Yes ___ No _X_

    If the answer is yes, describe below. ___N/A___

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

    | Description of Property (include full name(s) on accounts) | Approximate Value | Description of Debtor's Interest in Property |
    |---|---|---|
    | 1. N/A | Accounts closed | |
    | 2. | | |
    | 3. | | |
    | 4. | | |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

    | Amount | Estimate date or Period Due |
    |---|---|
    | 1. $ N/A | N/A |
    | 2. $ | |
    | 3. $ | |
    | 4. $ | |

The Garnishee mailed a copy of this answer by first-class mail to: (1) Sally Ann Johnson (2) Assistant U.S. Attorney Brendan T. Mockler.

7/2/18

JPMORGAN CHASE BANK, N.A.
Garnishee

Antonio R Vazquez
Deo Review Sr Specialist II

Subscribed and sworn to before me this _2_ day of _July_ _2018_.

Notary Public

My Commission expires: 8-25-20

State of Texas
County of Bexar
Physically Appeared



HENRY VARGAS
Notary Public, State of Texas
Comm. Expires 08-25-2020
Notary ID 130795718