UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SALLY ANN JOHNSON, | ) ) Court No. 1:17-CR-10265-001-DJC |
| Defendant, | ) ) |
| and | ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Garnishee. | ) |

### ANSWER OF THE GARNISHEE

__Michael Delvecchio__, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __Bank Officer__ (State official title) of Garnishee, a corporation, organized under the laws of the State of __Arizona__.

On __JUN 26 2018__, 20___, Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect?   Yes ___   No X

   If the answer is yes, describe below. _____

   _____

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:   **No Accounts Found**

| Description of Property (include full name(s) on accounts) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

N/A

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

N/A

The Garnishee mailed a copy of this answer by first-class mail to: (1) Sally Ann Johnson

(2) Assistant U.S. Attorney Brendan T. Mockler.

_Michael Delvecchio_
BANK OF AMERICA, N.A.
Garnishee

Subscribed and sworn to before me this 26th day of June, 2018.

_Notary Public_

My Commission expires:

Nov. 4, 2021

KAREN MARMOL
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
November 4, 2021

Bank of America
Legal Order Processing
DE5-024-02-08
PO BOX 15047
Wilmington DE 19850

Case 1:17-cr-10265-DJC   Document 45   Filed 07/12/18   Page 3 of 3

