UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SALLY ANN JOHNSON,<br>Defendant,<br>*and*<br>TD BANK, N.A.,<br>Garnishee. | ) | Court No. 1:17-CR-10265-001-DJC |

**ANSWER OF THE GARNISHEE**

________________________, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of
TD Bank, 11000 Atrium Way Mt. Laurel NJ 08054
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of __________, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __________ (State official title) of Garnishee,

a corporation, organized under the laws of the State of ________________.

On June 20th, 2018, Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect? Yes____ No ✓

If the answer is yes, describe below. ______________________________

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | *Description of Property (include full name(s) on accounts)* | *Approximate Value* | *Description of Debtor's Interest in Property* |
|---|---|---|---|
| 1. | N/A | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| | *Amount* | *Estimate date or Period Due* |
|---|---|---|
| 1. | $ N/A | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

The Garnishee mailed a copy of this answer by first-class mail to: (1) Sally Ann Johnson (2) Assistant U.S. Attorney Brendan T. Mockler.

[signature]
TD BANK, N.A.
Garnishee

Subscribed and sworn to before me this 16th day of August.

[signature]
Notary Public

My Commission expires:

TARA N FOODER
Notary Public - State of New Jersey
My Commission Expires Aug 5, 2021

*[Page appears upside-down; contains a signature and a notary stamp.]*

Signature: [illegible]

TARA H. FOGGER
Notary Public - State of New Jersey
My Commission Expires Aug 5, 2021



**TD Bank**
**America's Most Convenient Bank®**
1701 Route 70 East
Cherry Hill, NJ 08003
T 888 751 9000

tdbank.com

FILED
IN CLERKS OFFICE
2018 AUG 17 AM 9: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

August 16, 2018

Financial Litigation Unit-Contractor Paralegal
United States Attorney's Office
1 Courthouse Way Suite 9200
Boston, MA 02210

Re: United States Of America v Sally Ann Johnson
Case No. : 1:17-CR-10265-001-DJC
TD Bank reference number: 858218

Dear Sir or Madam:

This letter is to inform you that after a review, pursuant to 31 CFR Part 212, the following accounts may have been frozen in compliance with the Order served on the bank in connection with the above referenced matter. Please note, for any defendant not appearing in the following list, no account was located.

| Account | Name | Amount |
|---|---|---|
| Total | $0.00 | |

Should you have additional questions, please call me at (856) 380-2675.

Sincerely,

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034