UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALLY ANN JOHSON,

Defendant.

Case No. 1:17-CR-10265-DJC-1

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 83.5.2(c)(1) of the Local Rules of the United States District Court for the District of Massachusetts, L.R., the undersigned Assistant United States Attorney hereby withdraws as counsel in this case and respectfully requests to be deleted from the docket for purposes of receiving electronic notices in this case. There are no pending restitution, fines, assessment, or civil liability enforcement matters to be adjudicated by the Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

Date: November 19, 2018

By: /s/ Brendan T. Mockler
BRENDAN T. MOCKLER (BBO# 569140)
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3197
brendan.mockler@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Brendan Mockler, hereby certify that on this date the foregoing document was filed through the ECF system and electronically served on any registered participants.

Date: November 19, 2018

/s/ Brendan T. Mockler
BRENDAN T. MOCKLER