# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALLY ANN JOHNSON,<br><br>Defendant. | No. 17-cr-10265-DLC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned Assistant United States Attorney hereby withdraws as counsel in this case and respectfully requests to be removed from the docket for purposes of receiving electronic notices. The undersigned is retiring from government service on October 24, 2019. The government remains represented in this matter by Assistant United States Attorney Sandra S. Bower.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By: /s/ *Brian A. Pérez-Daple*
    Brian A. Pérez-Daple
    Assistant U.S. Attorney
    United States Courthouse
    Suite 9200
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3150

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 22, 2019  /s/ *Brian A. Pérez-Daple*
Assistant United States Attorney